# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2020

*The Court of Appeals hereby passes the following order:*

**A19A1689. BENTLEY v. EDGEWORTH ET AL.**

On February 26, 2019, this Court granted the appellant's application for interlocutory review of the trial court's denial of her motion to dismiss the petition seeking to disinter the remains of two men, John Francis Edgeworth and John Alan Keith. Thereafter, Bentley filed a timely notice of appeal. After further consideration, and upon a thorough review of the record, we dismiss the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/06/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*